UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC.,

    Plaintiff,

v.                                                    Case No:  2:21-cv-850-JLB-NPM

JEREMY CHARLES HILTON, an
individual, and PARAGON 28, INC., a
Delaware corporation,

    Defendant.

## ORDER

Before the Court is Plaintiff Arthrex Inc. ("Arthrex") and Defendant Jeremy Charles Hilton's ("Mr. Hilton") Renewed Agreed Motion for Entry of Stipulated Order of Injunction ("Motion"). (Doc. 63.) In the Motion, the parties request that the Court enter a proposed Stipulated Order Granting an Injunction, which is attached to the Motion. (Id. at ¶¶ 6–9; Doc. 63-1.)

Arthrex and Mr. Hilton initially filed an Agreed Motion for Entry of Stipulated Order of Injunction Against Jeremy Charles Hilton ("Agreed Motion") on June 30, 2022. (See Doc. 60.) The Court denied the Agreed Motion because (1) it did not include a legal memorandum supporting the request, as required by Local Rule 3.01(a), and (2) because the parties did not address the Court's jurisdiction over the relief requested in the Agreed Motion in light of Arthrex's Interlocutory

Appeal (Doc. 55) of the Court's earlier decision denying Arthrex's Motion for Preliminary Injunction (Doc. 52). (Doc. 61.)

Arthrex and Mr. Hilton then filed a Joint Motion to Relinquish Jurisdiction to the District Court for Approval of Settlement ("Joint Motion") in the Eleventh Circuit. Joint Motion to Relinquish Jurisdiction, <u>Arthrex, Inc. v. Jeremy Hilton, et al</u>, No. 22-11051 (11th Cir. June 30, 2022). In the Joint Motion, the parties stated that they "negotiated a settlement agreement and reached a resolution (which the parties finalized today, June 30, 2022), which contemplates the entry of a Stipulated Order of Injunction to be entered by the District Court." <u>Id.</u> at 4. The Eleventh Circuit then granted the Joint Motion and remanded the appeal to this Court "for the limited purpose of allowing the parties to pursue effectuation of their settlement agreement." (Doc. 62 at 2.) Given that the parties have stated that their settlement agreement contemplates the entry of a Stipulated Order of Injunction, and upon review of the Stipulated Order of Injunction, the Court finds, in accord with Rule 65(d) of the Federal Rules of Civil Procedure, that the parties Motion is **GRANTED**.

Accordingly, it is hereby **ORDERED**:

1. The Joint Motion for Entry of Stipulated Order of Injunction is **GRANTED**.

2. The Stipulated Order Granting an Injunction is **ADOPTED** in full.[1]

---

[1] The Court notes that the undersigned's chambers are in Fort Myers, Florida, not Miami, Florida, as indicated on the proposed order.

3. Mr. Hilton is **ENJOINED** to the extent provided in the Stipulated Order Granting an Injunction. (<u>See</u> Doc. 63-1.)

4. The Court shall retain jurisdiction over the subject matter of this case as well as personal jurisdiction over Mr. Hilton.

5. Should the parties seek to file any additional materials in the district court to pursue effectuation of their settlement agreement, they are required to do so on or before September 9, 2022. If the parties do not file any additional materials by that date, the Court will send a copy of this Order as the Order on Remand to the Eleventh Circuit Court of Appeals and certify the supplemental record of proceedings.

**ORDERED** in Fort Myers, Florida on August 30, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE